**Opinion issued April 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00209-CR**

———————————

**MICHAEL HIDALGO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Case No. 0549326A**

---

**MEMORANDUM OPINION**

Appellant Michael Hidalgo appeals from the trial court's denial of his original writ of error coram nobis. We dismiss the appeal.

"A petition for writ of coram nobis is a writ of error directed to a court requesting it to review its own judgment based on alleged errors of fact." *Padilla*

*v. State*, No. 13-21-00093-CR, 2021 WL 2371515, at \*1 (Tex. App.—Corpus Christi-Edinburgh June 10, 2021, no pet.) (mem. op., not designated for publication) (citing to *In re Reyes*, 195 S.W.3d 127, 127 (Tex. App.—Waco 2005, orig. proceeding)). The Court of Criminal Appeals has long held that the common law writ of coram nobis is inapplicable in Texas. *See Ex parte Massey*, 249 S.W.2d 599, 601 (Tex. Crim. App. 1952); *see also In re Parker*, No. 03-17-00183-CV, 2017 WL 1228891, at \*1 (Tex. App.—Austin Mar. 31, 2017, orig. proceeding) (mem. op.).

Accordingly, we dismiss this appeal. *See Clark v. State*, No. 10-05-00301-CR, 2005 WL 2100270, at \*1 (Tex. App.—Waco Aug. 31, 2005, no pet.) (mem. op., not designated for publication) (dismissing appeal from denial of writ of coram nobis). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).